

ORIGINAL

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

Lionel Pierre

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

The City of New York
Police officer Jason chambers
Police officer James Melissinos

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

AMENDED
**Complaint for Violation of Civil
Rights**
(Non-Prisoner Complaint)

Case No. 18-CV-618(LDH)(LB)

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*



RECEIVED
JAN 09 2019
PRO SE OFFICE

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting
from public access to electronic court files. Under this rule, papers filed with the court should
*not* contain: an individual's full social security number or full birth date; the full name of a
person known to be a minor; or a complete financial account number. A filing may include
*only*: the last four digits of a social security number; the year of an individual's birth; a
minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an
application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Lionel Pierre_
Street Address _224-21 Merrick Blvd #.071_
City and County _Laurelton_
State and Zip Code _New York 11413_
Telephone Number _646-246-5563_
E-mail Address _fucio96@yahoo.com_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _the city of New York_
Job or Title
(if known) _Represent Law department_
Street Address _100 church street_
City and County _New York_
State and Zip Code _New York NY 10007_
Telephone Number
E-mail Address
(if known)

2

Defendant No. 2

    Name

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

*Police officer Jason chambers*
*Police officer tax ID#928051*
*105 Precint 92-08 222 street*
*Queens villAge NY 11428*
*New York 11428*

Defendant No. 3

    Name

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

*Police officer James Melissinos*
*Police officer Tax ID 958874*
*105 Pct 92-08 222 street*
*Queens villAge*
*New York 11428*

Defendant No. 4

    Name

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑   State or local officials (a § 1983 claim)

☐   Federal officials (a *Bivens* claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My civil Right was violated
section U.S.C. §1983
Am Lionel Pierre the plaintiff

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Under civil Rights U.S. §1983
my Constitution Rights was violated
Falsely arrested and gun draw At my face

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Am Lionel Pierre the Plaintiff
pro se on February-20-2015
my civil Rights was violated U.S.C 1983

4

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

In Queens New york 134 Road and 219 street on February 20-2015 2-20-2015 under U.S.C § 1983

B.   What date and approximate time did the events giving rise to your claim(s) occur?

On February 20-2015 Round 5:56 pm

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

Am Lionel Pierre Am the Plaintiff Prose on February 20-2015 My Civil Rights was Violated under the Constitution U.S.C § 1983 By the New york City Police Department officer Jason Chambers tax ID 99805 and officers James Melissinos 950874 Falsely ARRest Me I was Driving a 2008 BMW officer Jason Chambers Pulled me over with out proper cause

5

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and
state what medical treatment, if any, you required and did or did not receive.

on February 20-2015 officer
James Melissinos drawn His
gun out on my face and searched
me and my car and falsely Arrest
me. suffered shoulders, Pain, Tight cuffs
I was falsely Arrest without Proper cause
officer Jason chambers verbally Abuse
of power cursed me out the case was
Dismissed on september. 7-2016

## V.   Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not
cite any cases or statutes.  If requesting money damages, include the amounts of any
actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis
for these claims.

Prayer For Relief Am the plaintiff
Pro Se Lionel Pierre under u.s
42. 1983 My civil Right was violated
Falsely pulled me over and Arrested.
Am suing for $5 Million Job Loss
My Driving License TLC and Terrified
Am Having Hard Time To Take
Care my family a this time.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

6

A.     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1 - 9 - 20 19

Signature of Plaintiff _____

Printed Name of Plaintiff     LioNeL PieRRE

7