UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIONEL PIERRE                                                                              JUDGMENT
                                                                                                    18-CV-618 (LDH) (LB)
                              Plaintiff,

        -against-

THE CITY OF NEW YORK, POLICE OFFICER
JASON CHAMBERS, and POLICE OFFICER
JAMES MELISSINOS,

                              Defendants.
------------------------------------------------------------X

        A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on March 31, 2021, granting in part Defendants' motion for summary judgment; dismissing Plaintiff's claims pursuant to 42 U.S.C. § 1983 for false arrest and malicious prosecution; it is

        ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted in part; and that Plaintiff's claims pursuant to 42 U.S.C. § 1983 for false arrest and malicious prosecution are dismissed.

Dated: Brooklyn, New York                                         Douglas C. Palmer
       March 31, 2021                                              Clerk of Court

                                                    by:    */s/ Jalitza Poveda*
                                                               Deputy Clerk