AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Lionel Pierre | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Civil Action No. 1:18-cv-00618-LDH |
| The City of New York et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   The plaintiff recovers nothing from the defendant and the action is dismissed in it's entirety.

This action was *(check one)*:

☑ tried by a jury with Judge  LaShann DeArcy Hall  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  September 14, 2023

CLERK OF COURT

/s/ Brenna B. Mahoney
*Signature of Clerk or Deputy Clerk*